# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **BRAD JACKSON,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) ) Case No. 4:24-CV-01207-NCC |
| **CITY OF MAPLEWOOD, BARRY GREENBERG, KATE BETHEL, and ISAAC CHOSICH,** | ) ) ) ) |
| **Defendants.** | ) ) |

## ORDER

This matter is before the Court for the purpose of case management. On October 10, 2024, the Court set this matter for a Scheduling Conference pursuant to Fed. R. Civ. P. 16 for October 30, 2024 at 11:00a.m. and directed the parties to file a joint proposed scheduling plan no later than October 23, 2024 (Doc. 26). No joint proposed scheduling plan has been filed.

Accordingly,

**IT IS HEREBY ORDERED** that the Scheduling Conference pursuant to Rule 16, Fed. R. Civ. P., set for Wednesday, October 30, 2024, at 11:00a.m. is **VACATED**.

**IT IS FURTHER ORDERED** that the undersigned will hold a show cause hearing on **Monday, November 4, 2024**, at **11:00a.m.** in **Courtroom 15 North**. Counsel for all parties must appear and be prepared to show cause why the parties and/or their attorneys should not be sanctioned for failing to obey this Court's order to file a joint proposed scheduling plan.

Dated this 28th day of October, 2024.

    /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE