**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| BRAD JACKSON, | ) |
| | ) |
| Plaintiff, | )   Case No. 4:24-cv-01207-NCC |
| | ) |
| v. | ) |
| | ) |
| CITY OF MAPLEWOOD, et al. | ) |
| | ) |
| Defendants. | ) |

**<u>DEFENDANT ISAAC CHOSICH'S MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

Defendant Isaac Chosich ("Defendant"), by and through undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves this Court to enter partial summary judgment in his favor and against Plaintiff Brad Jackson ("Plaintiff"). Partial summary judgment in Defendant's favor regarding Plaintiff's Counts 2, 4, 6 for defamation is proper, as the uncontroverted material facts show that the alleged defamatory statements are either true or substantially true, or are statements of opinion. Additionally, Plaintiff's Counts 3, 5, and 7 for intentional infliction of emotional distress are based exclusively on the alleged defamation. However, the tort of intentional infliction of emotional distress does not lie when the offending conduct consists only of defamation. Therefore, judgment in favor of Defendant is proper, and the only remaining count against Defendant Chosich should be Count 10 for conspiracy.

WHEREFORE Defendant Isaac Chosich respectfully requests that the Court enter partial summary judgment in his favor and against Plaintiff Brad Jackson for Counts 2-7 for defamation and intentional infliction of emotional distress, attorney's fees, and any further relief the Court deems just and proper.

Respectfully submitted,

**GARLAND LAW, P.C.**

*/s/ Michael D. Garland*
Michael D. Garland, #74663(MO)
101 W. Argonne Ave. #202
Kirkwood, MO 63122
Tel: 314-332-6228
Email: michael@garlandlawpc.com

***Attorney for Defendant Isaac Chosich***

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April 2025, I electronically filed the foregoing via the Court's ECF electronic filing system, which sent notification of such filing to all counsel of record. I further certify that I signed, or caused my electronic signature to be placed upon, the original of the foregoing document.

*/s/ Michael D. Garland*