UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRAD JACKSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:24-cv-01207-NCC |
| ) | |
| v. ) | |
| ) | |
| CITY OF MAPLEWOOD, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT ISAAC CHOSICH'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS IN SUPPORT OF HIS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant Isaac Chosich, by and through undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for his Statement of Uncontroverted Material Facts in Support of his Motion for Partial Summary Judgment, states as follows:

1. On September 23, 2016, the Missouri Department of Revenue filed a Certificate of Tax Lien against Plaintiff Brad Jackson ("Plaintiff") for his failure to pay taxes. Attached as **Exhibit A** is a true and accurate copy of a Certificate of Tax Lien issued to Plaintiff Brad Jackson with case number 16SL-MC12206.

    **RESPONSE:**

2. On April 14, 2017, the Missouri Department of Revenue again issued a Certificate of Tax Lien to Plaintiff for his failure to pay taxes. Attached as **Exhibit B** is a true and accurate copy of a Certificate of Tax Lien issued to Plaintiff with case number 17SL-MC03593.

    **RESPONSE:**

1

3. As of November 13, 2024, according to the St. Louis County Personal Property Information website, Plaintiff owed back taxes for the years 2019, 2020, and 2021. Attached as **Exhibit C** is a true and accurate copy of the Personal Property Information for Plaintiff Brad Jackson current as of November 13, 2024.

**RESPONSE:**

4. On multiple occasions, Plaintiff has bragged to audiences of his concerts that he does not pay his personal property taxes, and as a result has had up to 14 warrants issued for his arrest. Below is a true and accurate transcription of the audio file, provided by Defendants Bethel and Chosich in their Rule 26 initial disclosures, of Plaintiff Brad Jackson during a live show:

   a. **Plaintiff:** So in Missouri, we have a thing that's called personal property tax. Timmy, let me get a little storytelling tippity tap. Yeah, I appreciate it. (laughter). We have a thing in St. Louis or in Missouri that's called personal property tax, and it is a tax. It's unlike property tax. This is a tax that you pay every single year on shit that you already own. And, and it's different. It's for your car, for your RV, for things like that, but primarily for your car. And it won't let you get your license plates renewed until you paid your personal property tax. And if you have anything resembling a reliable vehicle, it's just $1,400 a year or so. And it's nonsense. It's absolute nonsense. And so if you're punk rock like me, you don't pay it, and then you wind up with 14 warrants, and then it's New Year's Eve, and there's a cop behind you on your way to a party. And that's what this song is about. Let's go.

**RESPONSE:**

5. Plaintiff has made a public Facebook post acknowledging that he does not pay child support. Attached as **Exhibit D** is a redacted, true and accurate copy of a post made by Plaintiff on Facebook.

**RESPONSE:**

6. On August 16, 2023, Donald L. Loomstein filed a Petition in Rent and Possession against Plaintiff and Roughneck Beard Co., LLC with case number 23SL-AC22841 for unpaid rent in the amount of $3,400.00. On September 11, 2023, a Default Judgment was issued against Plaintiff. Attached as **Exhibit E** is a true and accurate copy of the Default Judgment filed against Plaintiff and Roughneck Co., LLC.

**RESPONSE:**


7. As shown in Plaintiff's Motion for Default Judgment, and Exhibit 1 thereto, Plaintiff offered to sell marijuana and mushrooms which were "in the grill." Plaintiff referred to this as an "authentic text message" in ¶ 3 of his Motion for Default Judgment.

**RESPONSE:**


8. Plaintiff has provided "menus" of drugs he offered for sale with a list of each product and price, including both marijuana and mushrooms. Attached as **Exhibit F** is a true and accurate copy of such a drug "menu" Plaintiff provided to a Facebook user.

**RESPONSE:**

Respectfully submitted,

**GARLAND LAW, P.C.**

*/s/ Michael D. Garland*
Michael D. Garland, #74663(MO)
101 W. Argonne Ave. #202

3

        Kirkwood, MO 63122
        Tel: 314-332-6228
        Email: michael@garlandlawpc.com

        ***Attorney for Defendant Isaac Chosich***

## **CERTIFICATE OF SERVICE**

        I hereby certify that on the 8th day of April 2025, I electronically filed the foregoing via the Court's ECF electronic filing system, which sent notification of such filing to all counsel of record. I further certify that I signed, or caused my electronic signature to be placed upon, the original of the foregoing document.

        */s/ Michael D. Garland*