Electronically Filed - St Louis County - April 14, 2017 - 06:22 AM

17SL-MC03593

**MISSOURI DEPARTMENT OF REVENUE**
**TAXATION DIVISION**
P.O. BOX 1646
JEFFERSON CITY, MO 65105-1646

FORM **R701** (Rev 09-07)

Date: **APRIL 14, 2017**

MO Tax ID Number: **22839542**

## CERTIFICATE OF TAX LIEN

81599043

RECORDER OF DEEDS
ST LOUIS COUNTY ADMIN BLDG
41 S CENTRAL
CLAYTON MO  63105

Lien Number: **201635800003065**
SSN or FEIN: **XXX-XX-6768**
Effective Date: **03/25/2017**
Case Number:

PHONE (573) 751-7200
FAX (573) 522-1160
EMAIL - salestaxnotice@dor.mo.gov

The Director of Revenue under Sections 144.380 and 144.690, RSMo, hereby cerifies that the following assessment of sales and/or use tax, interest, additions to tax, penalties, and fees have been made and become final. Interest continues to accrue as provided by law until the full amount of the tax liability is paid.

Name of Debtor: JACKSON BRAD
2625 HOPE AVE
MAPLEWOOD (T2)    MO  63143

County Location: 189   ST LOUIS COUNTY

Taxable Period: JUL 01-SEP 30, 2016

| | |
|---|---:|
| Total Tax Due | 1,776.46 |
| Additions to Tax | 444.12 |
| Interest | 29.15 |
| Penalty | .00 |
| Bad Check Penalty | .00 |
| Quarter Monthly Penalty | .00 |
| Lien Filing Fees | 9.00 |
| Total Amount Due | $ 2,258.73 |

Under Sections 144.380 and 144.690, RSMo, the certificate of lien filed with the Recorder of Deeds shall be a lien against all real and personal property of the debtor(s) listed above and all real and personal property acquired by manner after the filing of this lien. Under Chapters 144.380 and 144.690, RSMo, the certificate of lien filed with the circuit clerk of the circuit court shall have the full force and effect of a default judgment upon entry in the record of the circuit court and execution shall issue at the request of the Director of Revenue or his agent as provided in the case of all other judgments.

Director of Revenue
By: 


EXHIBIT B

(DT 6546)       #EREF#189_201635800003065_SJ_81599043