

# Personal Property Search

New Search    Personal Property Search    Help

**Important Message:**

- Online payments post within one or two business days. After your payment posts, you will be able to view/print your receipt.
- Online personal property declaration filing is no longer available for 2024. Please visit the Assessor's [webpage](#) for more information.

This page shows personal property and tax information for the tax year shown.

You may also print a tax receipt, if no taxes are due, which can be used at the Missouri Department of Revenue license offices for licensing your vehicle. Change the tax year to print receipts for other years.

Taxes Are Due

12/12/2024

| | |
|---|---|
| **Tax Year:** | 2024 |
| **Account Number:** | I00695928 |
| **Account Status:** | Removed |
| **Name:** | Jackson Brad ▮▮▮▮▮ |
| **Taxing Address:** | 2625 Hope Ave<br>Saint Louis, MO 63143 |
| **School Sub Code:** | 118C |
| **City Code:** | 035 |
| **Site Code:** | 0913 |
| **Total Assessed Value:** | 0 |
| **Tax Rate:** | 11.0528 |
| **Personal Property Declaration:** | |

**Personal Property Taxes Due: I00695928**

| Tax Year | Taxes | Interest | Penalties | Amount Due |
|---|---|---|---|---|
| 2021 | $167.51 | $70.48 | $4.02 | $242.01 |
| 2020 | $197.01 | $115.21 | $5.50 | $317.72 |
| 2019 | $224.21 | $168.49 | $7.11 | $399.81 |
| | | | Total Amount Due | $959.54 |

Pay Taxes Due

**Note:** Tax information is current up to the minute. All other information is current as of 12/12/2024.

Show Tax Rates Information

County Assessor

Collection Division



EXHIBIT C