23SL-AC22841

Electronically Filed - ST LOUIS COUNTY - August 16, 2023 - 03:10 PM

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
ASSOCIATE CIRCUIT
STATE OF MISSOURI

| | |
|---|---|
| DONALD L. LOOMSTEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No.: |
| v. ) | |
| ) | Division No.: 40H |
| ROUGHNECK CO., LLC & ) | |
| BRADLEY J. JACKSON, ) | |
| Defendants. ) | |

POST ONLY: 7282 MANCHESTER RD., ST. LOUIS, MO 63143
SERVE ONLY: 2625 HOPE AVE., ST. LOUIS, MO 63143

## AFFIDAVIT AND PETITION IN RENT AND POSSESSION

Comes now affiant, Christine E. Travaglini, and states under oath that the above Defendants rent and occupy, as tenants or lessees of the Plaintiff, the premises situated in the County of St. Louis, Missouri described and known as 7282 MANCHESTER RD., ST. LOUIS, MO 63143, and said property was rented to the Defendants by the month or under the terms of the lease, payable monthly in advance or on a date set out in the lease agreement, at the rate of $850.00 per month; that the sum of $3,400.00 is now actually due for said rent through to AUGUST 31, 2023; that the sum of $200.00 is now due for late fees and sum of $656.00 is due for other charges; that the total amount due is $4,256.00 for rent and late fees and other charges; that the same has been demanded from the Defendants, and that payment has not been made. The rent and late/other charges continue to accrue. Plaintiff hereby requests the rent and late/other charges due as of the date of court, attorney fees, plus restitution/possession of the above described premises.

To affiant's knowledge, information and belief, Defendants are not engaged in the armed services of the United States of America.

WHEREFORE, Plaintiff, prays for judgment, jointly and severally, for rent through the day of court, attorney fees, other charges as permitted by statute and restitution/possession of the above premises with costs.

This communication is in an attempt to collect a debt and any information obtained will be used for that purpose.

/s/ Christine E. Travaglini

CHRISTINE E. TRAVAGLINI, #49327
KATHARYN B. DAVIS, #28576
ATTORNEY FOR PLAINTIFF
1420 Strassner Drive
St. Louis, MO 63144
PH: 314-962-1115    FX: 314-968-5030
ctravaglini@kbdllc.com

Subscribed and sworn to before me, a Notary Public, this 16th day of AUGUST, 2023

Notary Public    My Commission Expires:


EXHIBIT E

Line 277

IN THE CIRCUIT COURT OF THE COUNTY OF ST LOUIS
ASSOCIATE CIRCUIT
STATE OF MISSOURI

Donald L. Loomstein

Plaintiff(s),

vs.

Roughneck Co LLC &
Bradley J. Jackson

Defendant(s).

Cause No.: 23SLAC22841
Division No.: 40H

FILED
SEP 11 2023
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

JUDGMENT

Now on this **1** day of **September**, 202**3**, the above styled cause comes before this court. Plaintiff appears by undersigned counsel. The Defendant(s) having been duly served:

**X** although called three times appears **not** and makes DEFAULT; _____

____ appears in person and CONSENTS TO JUDGMENT _____

WHEREFORE, this cause now being submitted to the court upon the pleadings and evidence, and the Court being fully advised, finds and enters judgment in favor of Plaintiff(s) and against Defendant(s) as follows: Possession of premises at: **7282 Manchester Rd St Louis MO 63143**
AND   Rents $**4250.00** Late Fees $**250.00** Utility/other charges $**791.00** Attorney Fees $**381.00**
TOTAL: $**5672.00** [PLUS] special process server fees of $**171.50** AND court costs ($**53.50** to date) taxed to Defendant(s); post judgment interest accrues at **9** % per annum.

___ Execution on possession stayed until _____        ___ Execution on possession/money judgment stayed as follows:

_____

**Any default on the above terms and sheriff execution/garnishment will issue without further notice.**

That to the best of affiant's knowledge and belief, the Defendant is employed in civilian life and that the Defendant(s) is/are not now engaged in the military service of the United States.

By: _____ #62745
Christine E Travaglini, #49327/Katharyn B Davis #28576
Christopher W. Basler, #62745
Attorneys for Plaintiff/ DAVIS & TRAVAGLINI LLC
1420 Strassner Drive, St. Louis, MO 63144
PH: 314-962-1115      FX: 314-968-5030

SO ORDERED:

_____
JUDGE

By: _____
DEFENDANT

By: _____
DEFENDANT

_____
DATED

**NOTICE TO DEFENDANT(S) IN DEFAULT IN LANDLORD-TENANT ACTIONS** Pursuant to Section 535.030.4 RSMo., you are hereby notified that you have ten days from the date of the judgment to file a motion to set aside the judgment or to file an application for trial de novo and unless the judgment is set aside or an application for trial de novo is filed within ten days, the judgment for possession will become final and you will be subject to eviction from the premises without further notice.
**NOTICE TO DEFENDANT(S) IN DEFAULT IN LANDLORD TENANT ACTIONS:** This copy was mailed to you at your last known address by ordinary mail to inform you of the foregoing.