**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **BRAD JACKSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   No. 4:24-CV-01207-NCC |
| | ) |
| **CITY OF MAPLEWOOD, BARRY GREENBERG, KATE BETHEL, and ISAAC CHOSICH,** | ) ) ) |
| | ) |
| **Defendants.** | ) |

## ORDER OF PARTIAL DISMISSAL

In accordance with the Memorandum and Order filed herewith this date,

**IT IS HEREBY ORDERED** that Defendant City of Maplewood is **DISMISSED** from this action.

**IT IS FURTHER ORDERED** that Count I is **DISMISSED** as to Defendant City of Maplewood and Defendant Barry Greenberg in his official capacity.

**IT IS FINALLY ORDERED** that Count X is **DISMISSED WITH PREJUDICE** as to Defendant City of Maplewood and Defendant Barry Greenberg in his official capacity and **DISMISSED WITHOUT PREJUDICE** as to the remaining defendants.

Dated this 7th day of August, 2025.

    /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE