UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRAD JACKSON<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRAD GREENBERD, KATE BETHEL and ISAAC CHOSICH<br><br>　　　　Defendants | Case No. 4:24CV01207NCC |

## ENTRY OF APPEARANCE

COMES NOW attorney Dariya S. Kucheryaba of Ott Law Firm and hereby enters her appearance on behalf of Plaintiff Brad Jackson in the above matter.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　**OTT LAW FIRM**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Joseph A. Ott, #67889
　　　　　　　　　　　　　　　　　　　　Dariya S. Kucheryaba #76678
　　　　　　　　　　　　　　　　　　　　3544 Oxford Blvd
　　　　　　　　　　　　　　　　　　　　Maplewood, MO 63143
　　　　　　　　　　　　　　　　　　　　Telephone: (314) 293-3756
　　　　　　　　　　　　　　　　　　　　Facsimile: (314) 689-0080
　　　　　　　　　　　　　　　　　　　　joe@ott.law
　　　　　　　　　　　　　　　　　　　　dariya@ott.law
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVIVE

  I certify that a true and correct copy of this document was served upon all counsel of record, by operating of the Court's Electronic Filing System, on August 29, 2025.

_____
Dariya S. Kucheryaba
