IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRAD JACKSON<br><br>  Plaintiff<br><br>v.<br><br>BARRY GREENBERG et al.<br><br>  Defendants | Case No. 4:24-cv-01207-NCC |

**PLAINTIFF BRAD JACKSON'S REPLY TO DEFENDANT ISAAC CHOSICH'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS**

  COMES NOW Plaintiff Brad Jackson, by and through his undersigned attorney, offers the following reply to Defendant Chosich's Statement of Uncontroverted Material Facts:

  1.  On September 23, 2016, the Missouri Department of Revenue filed a Certificate of Tax Lien against Plaintiff Brad Jackson ("Plaintiff") for his failure to pay taxes. Attached as Exhibit A is a true and accurate copy of a Certificate of Tax Lien issued to Plaintiff Brad Jackson with case number 16SL-MC12206.

RESPONSE:

Admit.

2. On April 14, 2017, the Missouri Department of Revenue again issued a Certificate of Tax Lien to Plaintiff for his failure to pay taxes. Attached as Exhibit B is a true and accurate copy of a Certificate of Tax Lien issued to Plaintiff with case number 17SL-MC03593.

RESPONSE:

Admit.

3. As of November 13, 2024, according to the St. Louis County Personal Property Information website, Plaintiff owed back taxes for the years 2019, 2020, and 2021. Attached as Exhibit C is a true and accurate copy of the Personal Property Information for Plaintiff Brad Jackson current as of November 13, 2024.

RESPONSE:

Admit.

4. On multiple occasions, Plaintiff has bragged to audiences of his concerts that he does not pay his personal property taxes, and as a result has had up to 14 warrants issued for his arrest. Below is a true and accurate transcription of the audio file, provided by Defendants Bethel and Chosich in their Rule 26 initial disclosures, of Plaintiff Brad Jackson during a live show:

> Plaintiff: So in Missouri, we have a thing that's called personal property tax. Timmy, let me get a little storytelling tippity tap. Yeah, I appreciate it. (laughter). We have a thing in St. Louis or in Missouri that's called personal property tax, and it is a tax. It's unlike property tax. This is a tax that you pay every single year on shit that you already own. And, and it's different. It's for your car, for your RV, for things like that, but primarily for your car. And it won't let you get your license plates renewed until you paid your personal property tax. And if you have anything resembling a reliable vehicle, it's just $1,400 a year or so. And it's nonsense. It's absolute nonsense. And so if you're punk rock like me, you don't pay it, and then you wind up with 14 warrants, and then it's New Year's Eve, and there's a cop behind you on your way to a party. And that's what this song is about. Let's go.

RESPONSE: **Admit.**

5. Plaintiff has made a public Facebook post acknowledging that he does not pay child support. Attached as Exhibit D is a redacted, true and accurate copy of a post made by Plaintiff on Facebook.

RESPONSE: **Denied.** Plaintiff Jackson has never been subject to any child support order, and so cannot pay "child support" in the meaning that term is provided by Missouri law. See Affidavit of Brad Jackson, ¶ 6; See also Exhibit 8, Redacted Paternity Judgement.

6. On August 16, 2023, Donald L. Loomstein filed a Petition in Rent and Possession against Plaintiff and Roughneck Beard Co., LLC with case number 23SL-AC22841 for unpaid rent in the amount of $3,400.00. On

September 11, 2023, a Default Judgment was issued against Plaintiff. Attached as Exhibit E is a true and accurate copy of the Default Judgment filed against Plaintiff and Roughneck Co., LLC.

RESPONSE: Admit.

7. As shown in Plaintiff's Motion for Default Judgment, and Exhibit 1 thereto, Plaintiff offered to sell marijuana and mushrooms which were "in the grill." Plaintiff referred to this as an "authentic text message" in ¶ 3 of his Motion for Default Judgment.

RESPONSE: Admit that the document makes that allegation. Deny that this statement amounts to an uncontroverted fact for the purposes of Rule 56. Although the judgement itself may be admissible, the statements contained in pleadings offered in support of the allegation are inadmissible hearsay. *See e.g.* State Farm Fire and Casualty Company v. Air Vents, Inc.(State Farm Fire and Casualty Company v. Air Vents, Inc., 577 F.Supp.3d 941, 950 (2021). ("A court cannot consider inadmissible hearsay when deciding a motion for summary judgment because it can only assess the evidence on which a jury could rely, and a jury cannot properly rely on inadmissible hearsay.")

8. Plaintiff has provided "menus" of drugs he offered for sale with a list of each product and price, including both marijuana and mushrooms. Attached as Exhibit F is a true and accurate copy of such a drug "menu" Plaintiff provided to a Facebook user.

RESPONSE: Deny.

## Additional Material Facts

9. Defendant Chosich wrote a song about Plaintiff Jackson called "Shittin'4 Thrillz" that he regularly plays at his concerts while displaying a video of Plaintiff Jackson. Affidavit of Brad Jackson at 1, ¶ 3; See also Exhibit 1.

RESPONSE:

10. Defendant Chosich has made the false allegation on at least two occasions online that Plaintiff Jackson's beard oil product contains nothing but olive oil. Affidavit of Brad Jackson at 2, ¶ 4; See also Exhibit 2.

RESPONSE:

11. But, Plaintiff's beard oil product is not made from olive oil. Affidavit of Brad Jackson at ¶ 5.

RESPONSE:

12. Defendant Chosich made the online statement that Brad Jackson doesn't pay child support. See Exhibit 3; Affidavit of Brad Jackson at Paragraph 6.

RESPONSE:

13. Taken in the context of the post, and considering Defendant Chosich's numerous other vitriolic statements about Plaintiff, Chosich's meaning in saying that "Brad Jackson doesn't pay child support" was that Brad Jackson does not pay child support, that he is required to pay. See Exhibit 3.

RESPONSE:

14. Brad Jackson is not required to pay child support. See Affidavit of Brad Jackson at 2, ¶ 6-7; See also Exhibit 8, Paternity Judgement.

RESPONSE:

15. Defendant Chosich made a Facebook post that indicated that Brad Jackson was raising money on his go-fund me page to pay for a "coke surgery." See Exhibit 4.

RESPONSE:

16. Brad Jackson does pay his taxes. See Exhibit 12, Compilation Tax Returns.

RESPONSE:

17. Brad Jackson received 3 surgeries on his nose to repair a congenitally deformed and deviated septum that resulted in lifelong problems with sinus infections. He had to have his tonsils removed, the septum surgically repaired, and a rhinoplasty to allow nose breathing. Affidavit of Brad Jacson at 3, ¶ 9.

RESPONSE:

18. Defendant Chosich makes the allegation in Exhibit 3 that Plaintiff Jackson "blackmailed" a commissioner with nudes. Exhibit 3.

RESPONSE:

19. But, Defendant Jackson filed the ethics complaint because of ongoing attempts to sleep with him by Chastity Mattox and her husband. Affidavit of Brad Jackson at 8; See also Exhibit 9, Ethics Complaint.

RESPONSE:

20. Defendant Chosich stated that Brad Jackson manufactured evidence of child sexual abuse. Exhibit 5.

RESPONSE:

21. But, Brad Jackson did not manufacture evidence of child sexual abuse. See Affidavit of Brad Jackson; See also Exhibit 11, truncated evidence binder.

RESPONSE:

22. Defendant Chosich mailed letters to Jackson's friends and family alleging in part that Jackson committed wire fraud with respect to an alleged $5,000.00 donation made to a go-fund-me page supporting a concert venue. See Exhibit 12, 1-2.

RESPONSE:

23. Brad Jackson did not "commit wire fraud" and instead donated money he had received from a regional arts grant to the concert venue. See Affidavit of Brad Jackson ¶15-30.

RESPONSE:

Respectfully submitted,

**OTT LAW FIRM**

_/s/ Joseph Ott_

Joseph A. Ott, #67889
3544 Oxford Blvd
Maplewood, MO 63143
Telephone: (314) 293-3756
Facsimile: (314) 689-0080
joe@ott.law

*Attorneys for Plaintiffs*