

# Replies

**@BALZYMAGEE • 6mo ago**
Checks out. The owner of Roughneck, Brad Jackson, is a scam artist. Worked at his "business" a little bit and his beard oil is literally snake oil. Whole bunch of olive oil with a couple of dashes of them essential oils.

👍 1

**@bluecollarbearded987 • 6mo ago**
Damn didn't know that, let's chat some more, follow me on instagram

**@Roughneckbeardcompany • 0s ago**
This guy never worked for us, has no idea about our formula, and has no idea how these products work.

He was however, kicked out of our band, kicked out of our life, and we're currently suing him for defamation. This is just more evidence for the case.

Add a reply...

EXHIBIT 2