# Isaac Chosich

**Posts**   Photos



**Isaac Chosich**
May 6 · 🌐

Hey y'all,

This Wednesday at 7:30pm there will be a hearing regarding the ethics of Brad Jackson at the Maplewood City Hall. I don't know if there's anybody left he hasn't tried to screw over at this point so it'd be great to see some people show up to this thing.

He has already managed to wiggle out of any accountability after his first ethics trial.... where he tried to blackmail a city council member with nudes he claimed he had of her.

I feel like at the bare minimum this dude doesn't belong on two boards in the city of Maplewood. And that's what we're aiming to strip away from him.

I find it pretty wild and embarrassing that a dude who doesn't have a job, doesn't pay taxes, doesn't pay rent, doesn't pay child support, and uses all of his free time to destroy people's lives on the internet gets to sit on two boards and make decisions regarding everyone.

I find it extremely wild he was even appointed to these positions in the first place.

Please come Wednesday and help knock this scum " down a peg" as he'd say lol.

👍❤️😮  Hunter Peebles and 26 others      13 comments

**EXHIBIT 3**