

**Maplewood, MO**

Top · Marie Konersmann Long · 1d · 🌐

---

👍 Like    💬 Comment    📞 Send    ↗ Share

👍😮😡 5

1 share

Most recent ⌄



**Isaac Chosich**

Crazy that Brad Jackson, a drug dealer, who sells drugs out of a bbq grill on his front porch, from the house he rents is on two city boards. Dude doesn't even pay taxes or have a real job. He sits in his basement on Facebook constantly stirring up bullshit, chain smoking cigarettes. I guess he's got some extra time on his hands for all this since he's raised enough money on go fund me for his Coke surgery.

23m    Like    Reply

**EXHIBIT 4**