# Isaac Chosich

**Posts**   Photos



**Isaac Chosich**
May 10

So Brad is insisting that the ethics committee is infringing on his 1st Amendment Right outing a predator.

Well here's all his "evidence" he sent in to the Mayor, City Council, Prosecuting Attorney, and City Manager that he's been gatekeeping so hard from everybody else.

I find it really odd all the "proof" is just screenshots of random conversations. They do have one thing in common tho... It's all running through Brad Jackson.

See I would consider real proof a police report, or actual victims coming forward, or the minors parents coming forward. But it's truthfully none of that. Just baseless, faceless claims. These messages could be going between Brad and his burner phone for all we know.

Take it as you will.

witter
ified M:

ified M:

EXHIBIT 45