

**Isaac Chosich**

40 year old dude that has nothing better to do then slander other people to stay relevant and gaslight people into doing the dirty work for him. It's sad and straight mentally ill behavior. I'd say get help but I'd rather him fuckin' drop dead. If the law doesn't catch up with him the heart attack will.

1w   Like   Reply                    1 

**EXHIBIT 6**