Dear Mayor Knapper and members of Maplewood City Council,

This letter serves as an official written submission (**Code 1982, § 2-25; Ord. No. 4113, § 3, 3-23-1982; Ord. No. 4126, 9-28-1982**) of charges and grievances levied against councilwoman Chasity Mattox in violation of the Code of Ethics as set forth in **Chapter 2, Article 2, Division 2** of the City of Maplewood Code of Ordinances, primarily concerning **Section 2-44**: **Prohibited acts or conduct constituting violations**.

In the very short time since the Councilwoman achieved her write-in victory and was seated on City Council, she's already violated points **1, 4, 6, 8, and 12 of the Code of Ethics**, each of which I will detail here with proof and each of which has community support to uphold, available upon request either written or in person.

**Sec. 2-44. - Prohibited acts or conduct constituting violations.**

**(1) Foul or abusive language or action when such can be identified with the city council or the individual elected office held, whether this is in formal meetings or informal sessions.**

The councilwoman conducts herself very poorly both in person and on social media, often directly engaging constituents in hostility and with personal attacks, often laden with vulgarity. These comments are always deleted after the councilwoman is reminded of the city code of ethics, but many community members, especially those in the councilwoman's ward, are readily available to give testimony to this behavior. There is a long history of this type of behavior from the councilwoman, and most of the currently seated council members have seen it firsthand. This is something that requires very little proof or testimony, as it's such common knowledge in our community.

**4) Causing citizens or employees to be threatened, badgered, harassed, and the like in such a manner as to convey the impression that such conduct is the action of the city council or an elected official.**

In the time since the councilwoman was seated, myself and several other residents have received repeated threats, harassment, and badgering from friends of the councilwoman, directly at the behest of the councilwoman. The councilwoman has repeatedly told lies about myself and several other residents that has directly led to this harassment, including but not limited to the following examples:

- When I personally criticized the councilwoman's fitness to serve in this role, she told her direct friends and family that my criticisms were in response to her "declining my sexual advances", that I had attacked her family, and that I paid employees illegally and less than a living wage. The former is, frankly, a disgusting allegation that has caused 3 of the councilwoman's friends to harass me repeatedly and spread this rumor via social media, even going so far as to say that I have a "well known habit of creeping out women in our community".  These are words directly from the councilwoman's mouth.



In this day and age, one's integrity is all they have. My reputation among my neighbors, especially my non-male community members, is one of respect and safety. This lie is personally damaging to me as both a resident and business owner. For example, I have met community members who have told me outright that they heard this about me and weren't sure whether or not to befriend me.

In reality, I have been declining the Councilwoman's sexual advances since I originally met her at MRH ECC in 2018, when she asked me if I'd like to step out of a student event to smoke marijuana. Since then, I have been sent dozens of unsolicited pictures, messages of a sexual nature, told repeatedly that her husband doesn't like her talking to me, that they're swingers, and a variety of other untoward advances that I have repeatedly declined, most often asking the councilwoman to stop engaging me in this way. My partner and many community members can attest to this, as I spoke to all of them about this issue in real time, years before the councilwoman's bid for council. I have limited screenshots on the matter as I always deleted the pictures right when she would send them, but I always told my partner about them in order to preserve transparency in our relationship. I have never desired an intimate relationship with the councilwoman, and this allegation is directly opposed to reality and a direct violation of the city Code of Ethics.

Since this allegation, every post I make in community forums gets attacked by the councilwoman's friends: Marie Konersman Long, Andy Lauer, and the councilwoman's husband Sonni Blak. My children have been harassed by her children over this as well. Posts are made by the councilwoman's friends, which are only ever reacted to by the councilwoman and her husband and their friends.







Additionally, the councilwoman's own mother has threatened me with physical violence, although the councilwoman has often posted videos on social media of herself screaming at her mother on her front lawn.

For context, at the time the councilwoman was asking for residents to write her name in on the ballot for city council, I mentioned that my children and so many others have had SO many issues with her children related to unwanted sexual comments, physical altercations, and bully behavior, all of which the councilwoman makes public on her social media page, and the fact that the councilwoman often bragged about supplying marijuana to her pre-teen son when he was only 13 years old, and I questioned publicly whether this was the person we wanted representing the ward where we're raising our children. I still have these same concerns. After I made these comments, the councilwoman and her 3 friends began a campaign of saying that I "threatened her children", which led to many attacks, threats, and harassment that persists among these 3-5 people today.



Hi Mr redacted this is the original Mary Mattox I live there for 42 years. No one ever attacked a child when I was in there and I guarantee you if I was young now I would beat your ass. There's something wrong with you to attack a child that is emotionally has problems. You are fat bastard and you need to

Jackson - 2501



-The councilwoman's husband has made repeated threats and comments about me online, and the councilwoman and her husband have both told friends of mine who live near them lies about me, my business, and my family, during the time she's been in office. Twice now, when visiting some of these friends in person, the councilwoman and her husband have come outside to stand, arms crossed, and stare at us in an attempt to intimidate us until we all went inside. After one such visit, our friend was beset upon by the councilwoman and accused of "betraying her trust" and told "not to expect any favors moving forward". This community member has asked to remain anonymous due to the proximity of her residence to that of the councilwoman.





**(6)Interference in the functions of city departments and operations of the city government.
(8)Interruption and/or disruption of the functions and procedures of boards and commissions appointed by the council.**

The councilwoman has spread misinformation about city business since being seated, most often repeating a lie that the city and the mayor was involved in a cover-up related to resigned councilwoman Shana Poole. The councilwoman has repeatedly stated that getting to the bottom of these issues was her reason for running to begin with. Between the spread of this type of misinformation and the fact that I personally believe the councilwoman either personally violated a non-disclosure agreement inorder to leak details of the city manager hiring process to the press, or used her position to compel other community members to do so in her stead, which led a large portion of the community to believe they were being misled or lied to by their elected officials. These are simply 2 examples of the councilwoman interfering in the functions and operations of the city government and disrupting the functions and procedures of boards and commissions.

**(12)Any action or manner of speaking that demeans, dishonors or brings insult to the office of mayor, the city council, the people, employees, and/or the city.**

This is the most of it. Since taking her seat on council, the councilwoman has repeatedly spread misinformation about the mayor, city council, the people of Maplewood, and the city at large. She's disparaged her own constituents to no end, frequently needing to be reminded of the Code of Ethics. She's led her friends to disparage residents, council members, and the mayor publicly on many occasions, and she often does so herself. By her own admission, she joined the council to chase a conspiracy theory. One that is purely based in racism and ignorance.

In conclusion, it is my opinion, as a resident of the City of Maplewood and more specifically, the ward over which councilwoman Mattox presides, and the opinion of many other residents who have charges of their own to file and testimony to uphold the charges that I bring forward today, that the councilwoman is wholly unfit to serve this city. Repeated ethics violations, repeated violations of the Code of Conduct, and a general sense of embarrassment are what she brings to the table. Continuing to allow her the honor while she degrades and dishonors the people of this city and their elected officials would be a dire mistake.

Therefore, as detailed in **Part 1, Chapter 2, Article 2, Division 2, Sec. 2-48 of the City Code of Ordinances**, I call for immediate censure of the councilwoman, for the rest of her term in office.

Thank you for your time.

Brad Jackson