Active 57 minutes a...

OCT 4, 2023 AT 2:17 PM

Hey Brad! Just saw your status and wanted to reach out to say that I support you calling out Baxter.

Many do not know the ways in which he lies to others, and probably even himself. For instance, there are a lot of things that happened around the gunshot case that I know for a fact he lied about, but that's not the story he tells. It isn't the first time his story didn't line up with the facts. He is also a hothead and feels justified if and when he gets in physical altercations.

I find the statutory allegations credible after confirmation from a trusted source, and not just that, but by his own admission, he has said that he likes to get dudes drunk and "test" if they are really straight.

That is not consent in either case.

So, as painful and terrible as the allegations are, I wanted you to know that I am out here in your camp. However, I would not like this to be made public or to have this message shared in any capacity unless legally necessary.

Active 57 minutes a...

> Hang in there man. He has whipped up a whole mob of support from his minions who practically worship the ground he walks on.
>
> I am convinced he has so thoroughly lied to himself that he is blind to the truth, and has taken his horde along for the ride.
>
> They will ditch when they understand how he operates.

We're hanging in there. I know they will all see it one day.

Thank you for this though.

> You're welcome man. They don't know what they're protecting



don't know what they're protecting

You're exactly right about all of it and it just feels so good to have anybody see it. I know 2 of the victims. Everybody does.

The saddest part is that everybody has silenced them. They are terrified and don't ever want to say anything because they've seen what's happening to me.

So this entire music scene that claims to be allies and create safe spaces has effectively silenced victims

But it's not even all of that. It's the way they are tearing down everything that I've ever built. Relationships, institutions, Etc. Everything I have ever done I have done with transparency and integrity. And they are just demolishing it all in order to discredit me. Sucks.

I know one of them and the second one I could guess at. But that's beside the point. If it helps, I would stand by them if they did go public at any point. Not sure how much you talk with them but I am a safe person and they should know that there are people out there that understand.

Don't let them grind you down. Again, they don't know who or what they are supporting.

♥

Active 57 minutes a...

> I did run into someone back in January where the first thing out of his mouth was that he stopped playing music around town because Baxter came onto him so strong

> So if you were looking for credible backup that is at least one instance



> Yeah, see this kind of thing is literally everywhere. I've heard that from like 25 people. Only a handful that actually rise to the sexual assault level.

> He's groomed and assaulted several underage boys

> Sorry, I'm just now finding out that alot of people don't know.

> He's done good at burying this I guess.

> 13-16 year olds. All aspiring musicians.

> You'll see that he's always got some young "protégé" with him

> He gets them into bars and shows, feeds them booze and coke, and then attempts to fuck them

> And when they won't, he gets violent and uses any clout he has to get them ostracized from the scene.

←   📞  📹  ⓘ

Active 14 minutes a...

> Can I pick your brain about this shit for a sec? It's got me riled up today.

**JUL 24, 2023 AT 6:19 PM**

Ya man for sure what's up?

> I'm not trying to stir any pots or cause any drama at all and whatever we talk about will stay entirely between us. Promise.
>
> So, we've talked just a little bit about Baxter.
>
> I've heard here and there about how he treated you and what he did in response to some of that. Do you ever think about calling that out or like, possibly even pressing charges? Do you view that as assault?

> I'm genuinely just curious about how you view it.

> I'm struggling so hard with people who continue to associate with him at all. He's such a bully and I've heard 3-5 stories about him grooming and assaulting underage guys. I have no idea why people even still fuck with him.

**JUL 25, 2023 AT 3:31 AM**

Ya man with him honestly just don't really want anything to do with him or associate with him and nah I don't really wanna do any of that he'll get what's coming to him. And ya honesty I don't either dudes a fuck head

👍

> I hear you. I guess I'm just curious about whether or not you view what happened as assault. I just recently heard that maybe dudes are getting roofied at Venice Cafe on nights they're there. People are starting to put together evidence

**JUL 26, 2023 AT 10:19 PM**

Sorry just reading this, just between us I completely am not for him and think that everyone he's fucked with deserves to be heard. As a musician and a person that has completely moved on and done good things career wise sense then it wouldn't be smart or in my best interest to go back

> I ▼ lly get it all the way.

Message  😊  👍

Hey, Brad. I heard some things you were saying about Baxter and I wanted to reach out. I haven't told anybody this, but he tried to get me to do stuff with him when I was 15. Please don't share this with anybody, but I wanted to say thank you for speaking out about this.

Omg, ███████, I am so incredibly sorry to hear this. I've talked to a couple people this has happened to as well. One was 18, but the other was only 16. If you don't mind me asking, was this at ███████?

I am here if you want to talk. I'm so sorry this was a part of your story, brother. You have so many allies in this.

Can I call you? I really don't want to put a lot of this in text. No offense.

I totally understand. Absolutely. 314-603-2215.