

**AJCP**

Bradley Jackson
2625 Hope Avenue
Maplewood, MO 63143

Mr. Jackson,

Our records indicate that you received a $5,000.00 reimbursement fr...
refunded numerous GoFundMe donors who contributed to...
Nashville's Exit/In venue.

After rec...ving multi...

---

*Envelope:*

NASHVILLE TN 370
24 JUN 2024 PM 7 L

TN 37203

Mr. Bradley Jackson
2625 Hope Ave.
Maplewood, MO 63143
Private — for adressee only

63143-230125



# AJCP

Bradley Jackson

2625 Hope Avenue

Maplewood, MO 63143

Mr. Jackson,

Our records indicate that you received a $5,000.00 reimbursement from us in 2021 after we refunded numerous GoFundMe donors who contributed towards an online effort to save Nashville's Exit/In venue.

After receiving multiple reports from individuals alleging that you fabricated this donation, our legal counsel has advised us to follow-up with you and request that you re-submit all paperwork associated with this transaction as soon as possible and no later than July 15th of this year.

We do want to share that the allegations included screen shots of an alleged exchange between you and another individual where it appears that you admitted to submitting manufactured paperwork in order to benefit from our offer at the time to those who contributed to the GoFundMe.

Please contact me directly to discuss this matter.





DRUGS DRUGS DRUGS !!!!!

SPRING SALE ON NOW!!!! Hit this FATASS bitch up for some shrooms!!

SAINT LOUIS MO 630
18 APR 2024 PM 7 L



angela lappin
7316 marietta ave.
St. louis mo 63143



Here is $.01 for your latest "go fund me" scheme and as of last count it looks like you have made $1100.01 in your $6500 quest. You are quite the grifter.

As Mark Twain once said – "it is easier to con a man than to convince him he has been conned".



SAINT LOUIS MO 630
28 AUG 2024 PM 8 L

Brad Jackson
2625 Hope
Maplewood, MO 63143

63143-230125



1 d  Like  Reply  Share                                              9

↪ Julia Mendoz replied · 28 replies 3 h



Crazy that Brad Jackson, a drug dealer, who sells drugs out of a bbq grill on his front porch, from the house he rents is on two city boards. Dude doesn't even pay taxes or have a real job. He sits in his basement on Facebook constantly stirring up bullshit, chain smoking cigarettes. I guess he's got some extra time on his hands for all this since he's raised enough money on go fund me for his Coke surgery.

25 m  Like  Reply  Share

Write a public comment

**LOSER...**

**OBESE PIG...**

**TAX CHEAT...**



DEALER...



3:57

Brad Jackson

Oklahoma kush
grapefruit diesel dream
50/90/170/300
pineapple upside down cake
blue cookies
hippie wreck
purple people eate

100mg juices (mixers) for $25

Live Budder (prepackaged) $70/g

1000mg edible packs $80
500mg edible packs $40

1.1g live resin cartridges $70

Fungus is:

B+   45/80/150/275
Penis Envy  50/90/170/300

3.5g psilocybin ↓ olate bars $60

You've blocked Brad Jackson's Facebook account. You can't message or call them in this chat, and you won't receive their messages or calls

Unblock

Report

Mr. and Mrs. Jackson

We in the Maplewood community felt is what time for you guys to see who your son is.

Please get him some help

Sincerely,
Maplewood community





...bunch of people posing as her...

This is when Brad made a fake Twitter account to accuse Jakob Baxter of being a pedophile but when you search the image he used for the phony profile pic...

He stole the image off of Natalie Coriell's counseling page.

As a Matt Coriell's wife

Who is a city council member

SO MUCH PSYCHO SHIT.

Heatherbelle Farmer

DEALER...

SAINT LOUIS MO 630

22 APR 2024 PM 9 L

The Tomkos
7377 Flora Ave
St Louis MO 63143

63143-32187