IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRAD JACKSON<br><br>    Plaintiff<br><br>v.<br><br>BARRY GREENBERG et al.<br><br>    Defendants | Case No. 4:24-cv-01207-NCC |

### NOTICE OF DESIGNATION OF NEUTRAL AND JOINT CONSENT MOTION FOR EXTENSION OF TIME

COMES NOW Ott Law Firm, as authorized and consented to by all attorneys in the matter, and hereby announces in conformance with this Court's order that the parties have selected Hon. William Corrigan Sr. as their Mediator.

The Parties further move that the Court grant them additional time to complete mediation in this matter up to and including the deadline for discovery at present, November 28, 2025. The Parties state in support that the selected mediator does not have availability in time to finish by September 22, 2025.

Respectfully submitted,

OTT LAW FIRM

*/s/ Joseph Ott*

Joseph A. Ott, #67889
3544 Oxford Blvd
Maplewood, MO 63143
Telephone:  (314) 293-3756
Facsimile:   (314) 689-0080

1

joe@ott.law
*Attorneys for Defendants/
Counter-Claim Plaintiffs*