IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRAD JACKSON | Case No. 4:24-cv-01207-NCC |
| Plaintiff | |
| v. | |
| BARRY GREENBERG et al. | |
| Defendants | |

## MOTION FOR LEAVE TO CORRECT DEFECTIVE FILING

1. Defendant Chosich in his Reply to Plaintiff's Motion for Summary Judgement implies that undersigned counsel neglected to file the Affidavit of Brad Jackson in opposition to Defendant's Motion for Summary Judgement.

2. Plaintiff quoted extensively and verbatim from that Affidavit in his opposition, both in the Memorandum in Opposition and in the Statement of Additional Material Facts.

3. Plaintiff urges that Defendant Chosich has suffered no prejudice as a result of the failure to file the affidavit, which was entirely the fault of counsel. Counsel states that he has had significant issues with Adobe PDF documents rendering properly for upload, and that some filings are rejected due to "corruption" of the document.

4. Plaintiff's Counsel tried multiple times to file everything in his Opposition, including the Affidavit. To the extent that it was not properly filed, Plaintiff's Counsel urges that it was not culpable negligence.

5. In further support of this Motion, undersigned counsel states that his computer may have been impacted by a hack involving a keylogger in the previous two weeks. In fact, just today counsel learned that a reasonably large sum of money was taken from his Charles Schwab account by a bad actor.

6. Counsel uses a password manager and has taken every step to protect his credentials, but cannot help but believe that some nefarious actor has installed malware on his computer that is impacting crucial functionality and/or monitoring and corrupting certain processes.

WHEREFORE, Plaintiff urges the Court grant Plaintiff leave to file the attached Affidavit of Brad Jackson – to the extent it has not already been received by the Court – and construe it timely filed for the purpose of Plaintiff's Opposition.

Respectfully submitted,

**OTT LAW FIRM**

/s/ Joseph A. Ott

Joseph A. Ott, #67889
3544 Oxford Blvd
Maplewood, MO 63143
Telephone:  (314) 293-3756
Facsimile:  (314) 689-0080
joe@ott.law

*Attorneys for Plaintiffs*