UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRAD JACKSON, | ) |
|     Plaintiff, | ) Case No. 4:24-cv-01207-NCC |
| v. | ) |
| CITY OF MAPLEWOOD, et al. | ) |
|     Defendants. | ) |

**MOTION FOR LEAVE TO REFILE DEFENDANT CHOSICH'S REPLY TO HIS MOTION FOR SUMMARY JUDGMENT DUE TO AFFIDAVIT OF PLAINTIFF JACKSON**

COMES NOW Defendant Isaac Chosich, through undersigned counsel, and for his Motion for Leave to Refile Defendant Chosich's Reply to his Motion for Summary Judgment Due to Affidavit of Plaintiff Jackson ("Motion for Leave to Refile"), states:

1. Defendant Chosich filed his Motion for Partial Summary Judgment (the "Motion") on April 8, 2025 (Doc. 56).

2. Plaintiff Brad Jackson ("Plaintiff") filed his Response in Opposition to the Motion on September 4, 2025 (Doc. 70) ("Response") to which Defendant Chosich filed his Reply on September 15, 2025 (Doc. 74).

3. After Defendant Chosich filed his Reply, Plaintiff sought leave from this Court to file Plaintiff Jackson's Affidavit which is referenced in his Response.

4. This Court granted Plaintiff's motion.

5. As such, Defendant Chosich requests this Court allow him **10 days** to refile his Reply in order to address the portions of Plaintiff's Response that were supported by the since-filed Affidavit.

WHEREFORE, Defendant Isaac Chosich respectfully requests this Court grant his Motion for Leave to Refile, allow **10 days** to file his revised Reply, and any other remedies as the court deems just and proper.

Respectfully submitted,

**GARLAND LAW, P.C.**

*/s/ Michael D. Garland*
Michael D. Garland, #74663(MO)
101 W. Argonne Ave. #202
Kirkwood, MO 63122
Tel: 314-332-6228
Email: michael@garlandlawpc.com

***Attorney for Defendants Kate Bethel and Isaac Chosich***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of October 2025, I electronically filed the foregoing via the Court's ECF electronic filing system, which sent notification of such filing to all counsel of record. I further certify that I signed, or caused my electronic signature to be placed upon, the original of the foregoing document.

*/s/ Michael D. Garland*