## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

BRAD JACKSON

       Plaintiff,

v.

CITY OF MAPLEWOOD, et Al.

       Defendant.

Case No. 4:24-cv-01207

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW Ott Law Firm and its attorneys Joseph Ott and Dariya Kucheryaba, and hereby move that the Court grant them leave to withdraw from this matter. We have provided notice to Plaintiff Brad Jackson at the below address and via email on this 6th Day of October, 2025:

Mr. Brad Jackson
625 Hope Ave.
Maplewood, MO 63143
*brad@bamstl.org*

Respectfully submitted,

**OTT LAW FIRM, LLC**

BY:    */s/ Joseph Ott*   
Joseph A. Ott     #67889
Dariya Kucheryaba  #76678
3544 Oxford Avenue
Maplewood, Missouri 63143
Telephone: (314) 303-9360
Facsimile: (314) 689-0080
Email: joe@ott.law

*Attorneys for Plaintiff*