**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| BRAD JACKSON, | ) |
| | ) |
| Plaintiff, | )   Case No. 4:24-cv-01207-NCC |
| | ) |
| v. | ) |
| | ) |
| CITY OF MAPLEWOOD, et al. | ) |
| | ) |
| Defendants. | ) |

## MOTION TO CONTINUE STATUS CONFERENCE

COMES NOW counsel for Defendants Kate Bethel and Isaac Chosich and seeks permission to continue the Status Conference scheduled for October 15, 2025. Counsel for Defendants is a solo practitioner and has a mediation already scheduled for the same day. Counsel for Defendants requests this Court continue the Status Conference and is available any other day next week.

Respectfully submitted,

**GARLAND LAW, P.C.**

*/s/ Michael D. Garland*
Michael D. Garland, #74663(MO)
101 W. Argonne Ave. #202
Kirkwood, MO 63122
Tel: 314-332-6228
Email: michael@garlandlawpc.com

***Attorney for Defendants Kate Bethel and Isaac Chosich***