# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **BRAD JACKSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | Case No. 4:24-CV-01207-NCC |
| ) | |
| ) | |
| **BARRY GREENBERG, KATE BETHEL, and** ) | |
| **ISAAC CHOSICH,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This matter is before the Court for purposes of case management. On October 6, 2025, Plaintiff's counsel filed a Motion for Leave to Withdraw (Doc. 81). On October 16, 2025, the Court held a status conference to hear from the parties on this matter. Plaintiff Brad Jackson ("Plaintiff") was present and informed the Court that he intends to hire new counsel, and that 30 days would be sufficient to do so.

The Court will grant Plaintiff until **November 17, 2025** to obtain new counsel. Plaintiff is notified that if new counsel does not enter an appearance for him on or before November 17, 2025, the Court will consider Plaintiff to be self-represented for all purposes of this lawsuit.

The parties were also reminded that they must file a motion with the Court to request any necessary extensions of time or other changes to the CMO. Further, should they wish to proceed with ADR utilizing a Non-Court Certified Neutral, a motion for leave to do so must be filed with the Court in accordance with Local Rule 6.03(B)(2) prior to mediation.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is granted until **November 17, 2025**, for new counsel to enter an appearance for him in this case.

**IT IS FURTHER ORDERED** that if new counsel does not enter an appearance for Plaintiff by **November 17, 2025,** the Court will consider Plaintiff to be self-represented for all purposes in this case, and Plaintiff must promptly provide the Court, in writing, with his current address and telephone number. *See* E.D. Mo. Local Rule 2.06(B).

**IT IS FINALLY ORDERED** that current counsel for Plaintiff, Mr. Ott, shall provide a copy of this Order to Plaintiff.

Dated this 17th day of October, 2025.

    /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE