**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| BRAD JACKSON )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF MAPLEWOOD, )<br>*et al.*, )<br>)<br>Defendants. ) | Cause No. 4:24CV01207NCC |

**DEFENDANTS' JOINT MOTION TO VACATE
AND CONTINUE ADR REFERRAL**

Defendants Barry Greenberg, Kate Bethel, and Isaac Chosich ("Defendants"), jointly, by and through undersigned counsel, respectfully request that the Court vacate the current ADR Referral and continue the Referral to a later date. In support of this Motion, Defendants state as follows:

1. On October 17, 2025, the Court granted Plaintiff until November 17, 2025, to obtain new counsel. (Doc. No. 88.)

2. Pursuant to that same Order, (Doc. No. 88), Defendants request a continuance of the ADR Referral such that Plaintiff's new counsel or Plaintiff can participate in (a) the selection of a Court Certified Neutral, (b) scheduling a mediation, and (c) the mediation process itself.

3. Currently, the completion deadline for the ADR Referral is November 28, 2025. (Doc. No. 67 (Docket Text Order granting Plaintiff's Motion for Extension of Time); Doc. No. 79 (Designation of Neutral).)

4. The parties have cancelled a mediation previously scheduled for November 21, 2025. (*See* Doc. No. 79.)

5. Should the Court grant the relief requested in this Motion, Defendants propose and intend to confer with Plaintiff's new counsel or Plaintiff, soon after November 17, 2025, to select a Court Certified Neutral and schedule mediation.

6. Defendants have received no response to their request for Plaintiff's consent to the relief herein requested.

7. This Motion is made for no improper purpose or for mere delay; rather, the Motion is made in good faith and in light of the current circumstances.

WHEREFORE, Defendants pray the Court will vacate the current ADR Referral and continue the Referral to a later date such that Plaintiff's counsel or Plaintiff may meaningfully participate in the mediation process, and for any other relief the Court deems just and necessary under the circumstances.

Respectfully submitted,

**HELLMICH, HILL & RETTER, LLC**

_____
**JASON S. RETTER**
Bar No. 59683MO

1049 North Clay Avenue
Kirkwood, Missouri 63122
314-646-1110
jason@hellmichhillretter.com

*Attorneys for Defendant Greenberg*

2

**GARLAND LAW, P.C.**

*[signature]*

Michael D. Garland, #74663(MO)
101 W. Argonne Ave. #202
Kirkwood, MO 63122
Tel: 314-332-6228
Email: michael@garlandlawpc.com

***Attorney for Defendants Kate Bethel and Isaac Chosich***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served upon all counsel of record, by operation of the Court's Electronic Filing System, on November 11, 2024.

**HELLMICH, HILL & RETTER, LLC**

*[signature]*
**JASON S. RETTER**

3