**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| BRAD JACKSON )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF MAPLEWOOD, )<br>*et al.*, )<br>)<br>Defendants. ) | Cause No. 4:24CV01207NCC |

## DEFENDANTS' JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE

Defendants Barry Greenberg, Kate Bethel, and Isaac Chosich ("Defendants"), jointly, by and through undersigned counsel, respectfully request that the Court extend the current discovery deadline. In support of this Motion, Defendants state as follows:

1. On October 17, 2025, the Court granted Plaintiff until November 17, 2025, to obtain new counsel. (Doc. No. 88.)

2. Pursuant to that same Order, (Doc. No. 88), Defendants request an extension of the discovery deadline.

3. Currently, the deadline for completion of all discovery in this case is November 28, 2025. (Doc. No. 33.)

4. Although the parties have engaged in significant written discovery, motion practice, and other litigation activities, the parties have not engaged in any discovery since October 6, 2025, when Plaintiff's counsel filed their Motion for Leave to Withdraw. (Doc. No. 81.) The parties do not intend to engage in any discovery until, at

least, November 17, 2025, the Court's deadline for Plaintiff to obtain new Counsel (Doc. No. 88).

5.      Remaining discovery includes or is reasonably expected by Defendants to include additional and supplemental written discovery and the depositions of parties and witnesses. The parties agree that it is impractical, if not impossible, to engage in further discovery until some date after November 17, 2025, (*see* Doc. No. 88).

6.      Defendants believe, all things considered, that an additional 90 days or more will be required for completion of the remaining discovery.

7.      Defendants have received no response to their request for Plaintiff's consent to the relief herein requested.

8.      This Motion is made for no improper purpose or for mere delay; rather, the Motion is made in good faith and after considering the current circumstances.

WHEREFORE, Defendants pray the Court will <u>extend the discovery deadline until March 1, 2025</u>, and for any other relief the Court deems just and necessary under the circumstances.

>
> Respectfully submitted,
>
> **HELLMICH, HILL & RETTER, LLC**
>
> _____
> **JASON S. RETTER**
> Bar No. 59683MO
>
> 1049 North Clay Avenue
> Kirkwood, Missouri 63122
> 314-646-1110
> jason@hellmichhillretter.com
>
> *Attorneys for Defendant Greenberg*

2

GARLAND LAW, P.C.

*signature*

Michael D. Garland, #74663(MO)
101 W. Argonne Ave. #202
Kirkwood, MO 63122
Tel: 314-332-6228
Email: michael@garlandlawpc.com

***Attorney for Defendants Kate Bethel and  Isaac Chosich***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served upon all counsel of record, by operation of the Court's Electronic Filing System, on November 11, 2024.

HELLMICH, HILL & RETTER, LLC

*signature*
**JASON S. RETTER**

3