# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **BRAD JACKSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  Case No. 4:24-CV-01207-NCC |
| | ) |
| | ) |
| **BARRY GREENBERG, KATE BETHEL, and ISAAC CHOSICH,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This matter is before the Court on Defendants' Joint Motion for Extension of Discovery Deadline (Doc. 90). Defendants request an additional 90 days to complete discovery, based in part on their inability to conduct discovery while Plaintiff sought new counsel. On December 3, 2025, the Court held a status conference during which Plaintiff consented to the motion. For the reasons set forth during the conference, the Court will grant the motion in part.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Joint Motion for Extension of Discovery Deadline (Doc. 90) is **GRANTED in part**, and the parties shall complete all discovery in this case no later than **January 16, 2026.**

**IT IS FURTHER ORDERED** that Plaintiff's request to file a supplemental brief regarding Defendant Isaac Chosich's Motion for Partial Summary Judgment (Doc. 56) is **GRANTED**, and Plaintiff's supplemental brief is due on or before **December 10, 2025**.

2

Defendant Chosich shall either request oral argument or file a notice that no further response is needed by **December 17, 2025**.

**IT IS FINALLY ORDERED** that the parties shall jointly file a notice including a new proposed ADR referral date and ADR deadline, and may file a motion to amend other dates and deadlines included in the CMO on or before **December 10, 2025**.

Dated this 3rd day of December, 2025.

　　　　　　　　　　　　　　　　　　　　　　　／s/ Noelle C. Collins　　　　　
　　　　　　　　　　　　　　　　　　　　　　NOELLE C. COLLINS
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE