# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BRAD JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>BARRY GREENBERG et al.,<br><br>    Defendants. | Case No. 4:24cv1207-NCC |

### PLAINTIFF'S SUPPLEMENTAL BRIEF REGARDING "ADDITIONAL FACTS" IN DEFENDANT CHOSICH'S REPLY IN SUPPORT OF SUMMARY JUDGMENT

COMES NOW Plaintiff Brad Jackson, by and through the undersigned counsel, and for his Supplemental Brief Regarding the "Additional Facts" in Defendant Chosich' s Reply in Support of Summary Judgment, states as follows:

1.  As part of his Reply in Support of Motion for Summary Judgment (Doc. 85), Defendant Chosich filed "Additional Facts" to support the entry of summary judgment (Doc. 85-1). The purported "Additional Facts" encompass 30+ paragraphs of issues previously not raised in the Statement of Uncontroverted Material Facts submitted with Defendant's Motion (Doc. 56-2). In short, the "Additional Facts" amount to 30+ additional factual basis to apparently support Defendant's Motion.

2.  The summary judgment procedure set forth in Federal Rule of Civil Procedure 56 and Local Rule 4.01(E) do not contemplate any procedure for Plaintiff to respond to additional facts raised for the first time on a reply; or otherwise allow Plaintiff the opportunity to propound additional material facts in response or present arguments and authorities to counter the new factual theories raised in Defendant's Reply in reliance on the "Additional Facts." As a result, Plaintiff

will be prejudiced in the event the Court considers any of the 30+ "Additional Facts" raised by Defendant Choice for the first time in his Reply.

3. Indeed, the 8th Circuit has ruled that granting summary judgment on the basis of additional facts raised for the first time in a movant's reply in support of summary judgment is improper. *See e.g. First Baptist Church v. Zurich Am. Ins. Co.*, 129 F.4th 488, 493 (8th Cir. 2025) (reversing summary judgment granted on basis of facts raised for first time in movant's reply) *citing to Heisler v. Metro. Council*, 339 F.3d 622, 632 (8th Cir. 2003) (reversing summary judgment where the nonmovant "did not get a chance to develop the record or point out material issues of fact contained in the record" where "she was not on notice" this argument "was at issue in the summary judgment proceedings").

4. Accordingly, the Court should not consider any of the 30+ "Additional Facts" filed by Defendant Chosich for the first time as part of his Reply in Support of the pending Motion for Summary Judgment without first allowing Plaintiff the opportunity to file a response to each; propound further material facts which remain in dispute; and file a Sur-Reply in Opposition to Summary Judgment to raise arguments and authorities in response to the "Additional Facts."

Dated: December 10, 2025

Respectfully Submitted,

**AMUNDSEN DAVIS LLC**

By: */s/ Christopher O. Miller*
Christopher O. Miller, #70251
7711 Carondelet Ave., Ste. 800
St. Louis MO 63105
(314) 719-3700 telephone
(314) 719-3710 facsimile
comiller@amundsendavislaw.com

***Attorney for Plaintiff Brad Jackson***

# **CERTIFICATE OF SERVICE**

The undersigned certifies that today, December 10, 2025, a copy of the foregoing document was filed with the Clerk of the Court via the Court's ECF system causing it to be served on all counsel of record.

*/s/  Christopher O. Miller*