UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRAD JACKSON, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 4:24-CV-01207-NCC |
| BARRY GREENBERG, KATE BETHEL, and ISAAC CHOSICH, | ) ) ) |
|     Defendants. | ) ) ) |

**FIRST AMENDED CASE MANAGEMENT ORDER**

Before the Court is the parties' Joint Motion for Extension of Time to Complete Discovery (Doc. 98) and Joint Notice of Proposed New Alternative Dispute Resolution ("ADR") Referral Date and Deadline (Doc. 99). On December 3, 2025, the Court held a status conference, and for the reasons set forth during the conference, granted in part Defendants' Joint Motion for Extension of Discovery Deadline (Doc. 90), extending the deadline to January 16, 2026 (Doc. 96). The parties now jointly request amendments to the Case Management Order (Doc. 33), including a further extension of the discovery deadline until February 7, 2026 for the parties to complete party depositions (Doc. 98). The parties state that Plaintiff's counsel is scheduled for a two-week trial beginning January 12, 2026, and they do not anticipate depositions can be scheduled until the end of January or beginning of February (*id*. at 1). The parties state they anticipate written and other discovery will be completed by January 16, 2026 (*id*.).

The parties further request that the deadline to file any motions to dismiss, motions for summary judgment, motions for judgment on the pleadings, and, if applicable, any motions to exclude testimony be extended until February 20, 2026, with responses due 28 days after service

of the motion, and any replies due 14 days after service of opposition briefs (*id*. at 2). The parties request this extension based on their expectations that expedited deposition transcripts will be available by February 14, 2026, and that Defendant Barry Greenberg's counsel is scheduled for three separate jury trials beginning February 1, February 9, and February 23, 2026 (*id*.).

Additionally, the parties' Joint Notice of Proposed New ADR Referral Date and ADR Deadline proposes that the case be referred to ADR on February 16, 2026, with a reference termination date of March 27, 2026 (Doc. 99).

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion for Extension of Time to Complete Discovery (Doc. 98) and Joint Notice of Proposed Alternative Dispute Resolution ("ADR") Scheduling (Doc. 99) are **GRANTED**. The parties are advised to carefully review this amended CMO with regard to the pretrial zoom status conference, final pretrial conference, and Part II relating to the Jury Trial.

**IT IS FURTHER ORDERED** that the Case Management Order dated November 6, 2024 (Doc. 33) is amended as follows:

I.   **SCHEDULING PLAN**

…

3.   Disclosure shall proceed in the following manner:

…

(g)   The parties shall complete all discovery in this case no later than **February 7, 2026**.

(h)   The disclosure or discovery of electronically stored information shall be

handled by the parties on an ongoing basis, as necessary, based upon the availability and/or existence of electronically stored information. The parties agree to work to resolve any issues or disputes with ESI prior to seeking Court intervention as to the same**.**

        (i)      Motions to compel shall be pursued in a diligent and timely manner, but in no event filed more than eleven (11) days following the discovery deadline set out above.  If the parties have met and conferred in accordance with the Local Rules and the Federal Rules of Civil Procedure, and still anticipate the filing of a motion to compel, the parties shall together contact chambers by phone to seek an informal resolution prior to filing a motion.  If a motion to compel is filed, the opposing party shall file the response no later than seven (7) days after service of the motion.

    4.      This case shall be referred to alternative dispute resolution on **February 16, 2026**, and that reference shall terminate on **March 27, 2026**.

    5.      Any motions to dismiss, motions for summary judgment, motions for judgment on the pleadings, or, if applicable, any motion to exclude testimony pursuant *to Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) or *Kuhmo Tire Co. Ltd. v. Carmichael*, 526 U.S. 137 (1999), must be filed no later than **February 20, 2026**.  Opposition briefs shall be filed no later than **28** days after service of the motion, and any reply brief may be filed no later than **14** days after service of the opposition briefs.

    6.      A pre-trial case status conference is set for **Friday, July 17, 2026, at 10:00 AM**. The conference will be held by Zoom and is an informal opportunity for counsel and the Court to discuss any matters that may need attention in anticipation of the final pre-trial conference.

    7.      A final pre-trial conference is set for **Wednesday, July 22, 2026, at 1:30 PM**. This action may be set for an additional pre-trial conference prior to the final pre-trial conference.

## II.    ORDER RELATING TO TRIAL

This action is set for a **JURY TRIAL** on **Monday, July 27, 2026, at 9:00 AM,** before the undersigned United States Magistrate Judge.  The trial is scheduled to last **3-4** days.

**Rule 8.04 (FRCP 41, 54) Assessment of Jury Costs:**

If a civil action scheduled to commence trial by jury is to be settled or voluntarily dismissed, the parties shall notify the judge and the Clerk immediately.  If due to the parties' failure to give such notice prospective jurors report to the Court for service in the case, the judge may assess the costs of the panel, including per diem, parking charges and mileage reimbursement against any or all of the parties.  A judge may assess jury costs against a party or attorney who is responsible for a mistrial.

**Unless otherwise ordered by the Court, the following documents shall be filed in CM-ECF no later than Friday, July 3, 2026 and any response/objections thereto shall be filed no later than Friday, July 10, 2026:**

1. **Stipulation**:  File a JOINT Stipulation of all uncontested facts, which may be read into evidence (including a brief summary of the case which may be used in Voir Dire).

2. **Voir Dire Questions**:  File proposed voir dire questions, and areas of inquiry for voir dire.  Opposing counsel must file any objections in compliance with this Order or they may be considered waived.

3. **Witness List**:

    (a) File a list of all proposed witnesses, identifying those witnesses who *will* be called to testify and those who *may* be called.

    (b) Except for good cause shown, no party will be permitted to call any witnesses not listed in compliance with this Order.  Opposing counsel must file any objections in compliance with this Order or they may be considered waived.

4. **Exhibit List**:

    (a) File a list of all exhibits to be offered in evidence at the trial (Plaintiffs to use Arabic numerals and defendants to use letters, e.g., Pltf-1, Deft.-A, or Pltf Jones-1, Deft Smith-A, if there is more than one plaintiff or defendant), identifying those exhibits that *will* be introduced into evidence and those that *may* be introduced.  The list shall clearly indicate for each business record whether the proponent seeks to authenticate the business record by affidavit or declaration pursuant to Fed. R. Evid. 902(11) or 902(12).

    (b) Submit said exhibits or true copies thereof, and copies of all affidavits or declarations pursuant to Fed. R. Evid. 902(11) or 902(12), to opposing counsel for examination.  Prior to trial, the parties shall stipulate which exhibits may be introduced without objection or preliminary identification, and shall file written objections to all other exhibits.

    (c) Except for good cause shown, no party will be permitted to offer any exhibits not identified or not submitted by said party for examination by opposing counsel in compliance with this Order.  Opposing counsel must file any objections in compliance with this Order or they may be considered waived.

5. **Depositions, Interrogatory Answers, and Request for Admissions**:

    (a) File a list of all interrogatory answers or parts thereof and depositions or parts thereof (identified by page and line numbers or counter-numbers in the event of a video-taped deposition), and answers to requests for admissions proposed to be offered in evidence.  In any objections to such testimony, opposing counsel shall identify any additional portions of such depositions not listed by the offering party which opposing counsel proposes to offer.

(b) Except for good cause shown, no party will be permitted to offer any interrogatory answer, or deposition or part thereof, or answer to a request for admissions not listed in compliance with this Order.  Opposing counsel must file any objections in compliance with this Order or they may be considered waived.

6. **Jury Instructions**: File requests for instructions and forms of verdicts.  The parties are strongly encouraged to use the Eighth Circuit's jury instruction builder, available at https://juryinstructions.ca8.uscourts.gov/.  The instructions shall consist of two sets of full and complete trial instructions.  One set shall include at least one (1) pertinent citation for each requested instruction; the other set shall not include any citation or indicate which party has submitted it.  As part of any objections, opposing counsel may request additional or modified instructions.  **The parties must be prepared to address jury instructions at the final pre-trial conference**.

7. **Trial Brief**: File a trial brief stating the legal and factual issues and authorities relied on and discussing any anticipated substantive or procedural problems.

8. **Motions In Limine**: File all motions in limine to exclude evidence.  If a motion in limine is filed, opposing counsel must file a response.

The parties are advised to review and comply with the undersigned's requirements, available at https://www.moed.uscourts.gov/judge/noelle-c-collins.  **Failure to comply with any part of this order may result in the imposition of sanctions.**

_____
HON. NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of December, 2025.